AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Southern District of Iowa__ on the following ☐ Patents or ☑ Trademarks:

| DOCKET NO.<br>4:09-cv-332 | DATE FILED<br>8/27/2009 | U.S. DISTRICT COURT Southern District of Iowa |
|---|---|---|
| PLAINTIFF<br>National Biodiesel Board | | DEFENDANT<br>Tarm USA, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3,526,098 | | National Biodiesel Board |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Notice of voluntary dismissal filed. See attached. |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| [signature] Marjorie E. Krahn | [signature] | 3/4/2010 |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| National Biodiesel Board, | ) |
| Plaintiff, | ) Civil Action No. 09-CV-332 |
| v. | ) |
| Tarm USA, Inc., | ) |
| Defendant. | ) **DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff, National Biodiesel Board, by and through its undersigned counsel, and pursuant to a Settlement Agreement executed by the parties on the 24th day of February, 2010, hereby dismisses with prejudice its claim against Defendant, Tarm USA, Inc.

BEVING, SWANSON & FORREST, P.C.

_____
Mark C. Feldmann            AT0002515
321 E. Walnut, Suite 200
Des Moines, IA   50309
Telephone:  (515) 237-1182
Facsimile:   (515) 288-9409
mfeldmann@bevinglaw.com

Copy to:

Scott Rand
McLane, Graf, Raulerson & Middleton
900 Elm Street
P.O. Box 326
Manchester, NH   33105-0326

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause by enclosing the same in an envelope addressed to each such attorney at such attorney's address as disclosed by the pleadings of record herein on the __1st__ day of March, 2010.

By: ☒ U.S. Mail        ☐ Facsimile
    ☐ Hand Delivered   ☐ Overnight Courier
    ☐ Federal Express  ☐ Other

Signature _Nancy Franklin_